BRUCE A. HARLAND, Bar No. 230477
MICHELLE CALCANY BLAIR, Bar No. 364983
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bharland@unioncounsel.net
          mcalcanyblair@unioncounsel.net
          courtnotices@unioncounsel.net

Attorneys for Defendant, SEIU, UNITED HEALTHCARE
WORKERS –WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CARDONA,<br><br>                              Plaintiff,<br><br>        v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; SEIU, UNITED HEALTHCARE WORKERS – WEST,<br><br>                              Defendants. | No. 3:26-cv-00018-TLT<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST'S MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6)**<br><br>[FED. R. CIV. P. 12(B)(6)]<br><br>Date: Tuesday, August 18, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 9, 19th floor<br>Judge: Hon. Trina L. Thompson<br><br>Demand for Jury Trial |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

NOTICE OF NON-OPPOSITION TO DEFENDANT SEIU, UHW-WEST'S MOTION TO DISMISS
COMPLAINT UNDER RULE 12(B)(6)
Case No. 3:26-cv-00018-TLT

Defendant SEIU, United Healthcare Workers – West ("SEIU-UHW") hereby notifies the Court that Plaintiff has not filed or served any documents opposing Defendant's Motion to Dismiss which was timely filed on April 28, 2026.  Pursuant to the parties' agreement and the Court's order, any opposition was due by May 26, 2026.  Given that Plaintiff specifically requested and agreed to this filing date in a stipulation, Defendant respectfully requests that the Court deem this motion submitted and grant it as unopposed.

Dated: May 29, 2026

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


*/s/ MICHELLE CALCANY BLAIR*

By:     BRUCE A. HARLAND
        MICHELLE CALCANY BLAIR
Attorneys for Defendant, SEIU, UNITED
HEALTHCARE WORKERS –WEST

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

**NOTICE OF NON-OPPOSITION TO DEFENDANT SEIU, UHW-WEST'S MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6)**
Case No. 3:26-cv-00018-TLT

**PROOF OF SERVICE**
**(CCP §1013)**

I am a citizen of the United States and resident of the State of California.  I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.

On May 29, 2026, I served the following documents in the manner described below:

**NOTICE OF NON-OPPOSITION TO DEFENDANT SEIU, UHW-WEST'S MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6)**

X    (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Emeryville, California.

X    (BY ELECTRONIC SERVICE)  By electronically mailing a true and correct copy through Weinberg, Roger & Rosenfeld's electronic mail system from kshaw@unioncounsel.net to the email addresses set forth below.

On the following part(ies) in this action:

Cameron Cardona, *Pro Se*
*7903 Libretto Ln.*
Austin, TX 78744
Email: Cameron.r.cardona@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2026, at Emeryville, California.

*/s/ Katrina Shaw*
Katrina Shaw

162208\1674474

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

**NOTICE OF NON-OPPOSITION TO DEFENDANT SEIU, UHW-WEST'S MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6)**
Case No. 3:26-cv-00018-TLT