SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Sean T. Strauss (SBN 245811)
sstrauss@seyfarth.com
Justin Stucki (SBN 357215)
jstucki@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CARDONA,<br><br>            Plaintiff,<br><br>       v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.;<br>and SEIU-UHW (SERVICES EMPLOYEES<br>INTERNATIONAL UNION-UNITED<br>HEALTHCARE WORKERS WEST),<br><br>            Defendants. | Case No. 3:26-cv-00018-TLT<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:        Tuesday, August 18, 2026<br>Time:       2:00 p.m.<br>Judge:      Hon. Trina L. Thompson<br>Location:   San Francisco Courthouse<br>                 Courtroom 9 - 19th Floor<br>                 450 Golden Gate Ave,<br>                 San Francisco, CA 94102<br><br>Complaint Filed: January 2, 2026 |

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS                                    CASE NO. 3:26-CV-00018-TLT
326255827

Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") hereby notifies the Court that Plaintiff Cameron Cardona ("Plaintiff") has not filed or served any documents opposing KFHP's August 28, 2026 Motion to Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities in Support Thereof ("the Motion to Dismiss") [Dkt. #25]. Pursuant to Plaintiffs' request, the Parties' subsequent stipulation [Dkt. #32], and the Court's resulting Order [Dkt. #33], Plaintiff was obligated to file his opposition to KFHP's Motion to Dismiss "no later than May 26, 2026[.]" May 6, 2026 Order by Hon. Trina L. Thompson granting [32] Stipulation [Dkt. #33]. Given that Plaintiff specifically requested and agreed to his May 26, 2026, deadline to file any Opposition to the Motion to Dismiss, and that deadline was well in excess of the time provided by the Northern District of California's Local Rules, KFHP respectfully requests that the Court deem this motion submitted and grant it as unopposed.

DATED: May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: _/s/ Sean T. Strauss_
     Christian J. Rowley
     Sean T. Strauss
     Justin Stucki

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

1

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS                    CASE NO. 3:26-CV-00018-TLT