BRUCE A. HARLAND, Bar No. 230477
MICHELLE CALCANY BLAIR, Bar No. 364983
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bharland@unioncounsel.net
        mcalcanyblair@unioncounsel.net
        courtnotices@unioncounsel.net

Attorneys for Defendant, SEIU, UNITED HEALTHCARE
WORKERS –WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAMERON CARDONA, | No. 3:26-cv-00018-TLT |
|---|---|
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC.; SEIU, UNITED HEALTHCARE WORKERS – WEST, | Date: Tuesday, August 18, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 9, 19th floor<br>Judge: Hon. Trina L. Thompson |
| Defendants. | Demand for Jury Trial |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 3:26-cv-00018-TLT

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: June 18, 2026

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


*/s/ MICHELLE CALCANY BLAIR*

By:      BRUCE A. HARLAND
         MICHELLE CALCANY BLAIR
Attorneys for Defendant, SEIU, UNITED
HEALTHCARE WORKERS –WEST

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
Case No. 3:26-cv-00018-TLT

## PROOF OF SERVICE
### (CCP §1013)

I am a citizen of the United States and resident of the State of California.  I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.

On June 18, 2026, I served the following documents in the manner described below:

### CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

X    (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Emeryville, California.

X    (BY ELECTRONIC SERVICE)  By electronically mailing a true and correct copy through Weinberg, Roger & Rosenfeld's electronic mail system from kshaw@unioncounsel.net to the email addresses set forth below.

On the following part(ies) in this action:

Cameron Cardona, *Pro Se*
*7903 Libretto Ln.*
Austin, TX 78744
Email: Cameron.r.cardona@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2026, at Emeryville, California.

*/s/ Katrina Shaw*
Katrina Shaw

162208\1680172

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 3:26-cv-00018-TLT