Cameron Cardona

935 La Posada Dr #243

Austin, TX, 78752

Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CARDONA,<br><br>                    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br>ET AL.,<br><br>                    Defendants. | No. 3:26-cvc-00018-TLT<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date: Tuesday, August 25, 2026 Time: 2:00 p.m. Dept.: Courtroom 9, 19th floor Judge: Hon. Trina L. Thompson<br><br>Demand for Jury Trial |

## I.     <u>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE</u>

Plaintiff respectfully submits this response to the Court's Order to Show Cause regarding

Plaintiff's failure to timely file an opposition and why Defendant's Motion to Dismiss should not

be granted as unopposed.

Plaintiff sincerely apologizes to the Court for failing to comply with the applicable deadline.

Plaintiff's failure was not the result of bad faith, disregard for the Court's authority, or an intent to

1

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 3:26-cv-00018-TLT

delay these proceedings. Rather, Plaintiff is proceeding pro se while simultaneously attending school and maintaining employment obligations. During the relevant period, Plaintiff was balancing coursework, clinical requirements, employment responsibilities, and the preparation of legal filings without the assistance of counsel. As a result, Plaintiff mistakenly failed to file his opposition within the time permitted.

Upon realizing the error, Plaintiff acted diligently to prepare and submit an opposition addressing the merits of Defendant's Motion to Dismiss. Plaintiff respectfully requests that the Court consider this failure excusable neglect and permit the case to be decided on its merits rather than through a procedural default.

Furthermore, granting Defendant's Motion to Dismiss as unopposed would be inappropriate because Plaintiff possesses substantive arguments in opposition to the motion. Plaintiff disputes Defendant's statute of limitations arguments and further contends that the Complaint adequately alleges both a breach of the duty of fair representation and an underlying breach of the Collective Bargaining Agreement. These issues involve disputed factual allegations and legal questions that Plaintiff has addressed in his opposition papers.

The Ninth Circuit has repeatedly recognized the strong public policy favoring resolution of cases on their merits. See *Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002). Additionally, courts are instructed to construe pro se filings liberally and to provide pro se litigants a meaningful opportunity to be heard. See *Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir. 2000) (en banc).

Plaintiff respectfully submits that any delay was neither willful nor prejudicial to Defendants, and that the interests of justice favor consideration of the merits of Plaintiff's opposition.

2

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**
Case No. 3:26-cv-00018-TLT

Accordingly, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and consider Plaintiff's opposition to Defendant's Motion to Dismiss.

Dated: June 18, 2026

Respectfully submitted,

_____

Cameron Cardona

Plaintiff, Pro Se

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**
Case No. 3:26-cv-00018-TLT