UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CARDONA, | Case No. 26-cv-00018-TLT |
| Plaintiffs, | |
| v. | Re: Dkt. No. 41 |
| KAISER FOUNDATION HEALTH PLAN, INC., et al., | |
| Defendants. | |

**REFERRAL TO THE HELP DESK**

Cameron Cardona is **encouraged** to seek free legal assistance from the Legal Help Center located in the San Franciso courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/representing-yourself . The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.  You may find registration instructions to use the Court's e-filing system as a Pro Se Litigant at https://cand.uscourts.gov/cases-e-filing/cmecf-information/setting-your-cmecf-account.

You can access it online https://cand.uscourts.gov/representing-yourself/pro-se-handbook or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: June 25, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California